UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gary S. Hann,

    Plaintiff,

v.                                           Case No. 11-12244

                                           Honorable Sean F. Cox

City of Ypsilanti, *et al.*,

    Defendants.
_____/

## ORDER
## ADOPTING FEBRUARY 29, 2012 R&R,
## GRANTING DEFENDANTS' MOTIONS TO DISMISS,
## AND ENJOINING PLAINTIFF FROM FILING FURTHER ACTIONS IN THIS COURT
## WITHOUT FIRST OBTAINING LEAVE OF COURT

Acting *pro se*, Plaintiff filed this action on May 23, 2011, asserting claims against numerous Defendants. Thereafter, Defendants filed dispositive motions which were referred to Magistrate Judge Steven Whalen for issuance of a report and recommendation ("R&R").

On February 29, 2012, Magistrate Judge Whalen issued his R&R (Docket Entry No. 27). The R&R expressly advised the parties that they could file objections to the R&R but they must do so within 14 days. (*Id*. at 15).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

Thus, Plaintiff had until March 14, 2012, to file objections to Magistrate Judge Whalen's February 29, 2012 R&R.

On March 14, 2012, however, Plaintiff filed a motion asking that the Court grant him a 60-day extension for filing objections to the R&R. In an Order issued on March 15, 2012, this Court denied Plaintiff's request for a 60-day extension for filing objections to the R&R. Given the timing of Plaintiff's request, in order to still provide Plaintiff an opportunity to file objections to the R&R, this Court ruled that Plaintiff could file objections to the R&R no later than March 23, 2012, and that no further extensions would be granted. (D.E. No. 30).

Nevertheless, the docket reflects that no objections to the R&R were filed by March 23, 2012.

The Court hereby ADOPTS the February 29, 2012 R&R in its entirety.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss are GRANTED and Plaintiff's Complaint shall be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff Gary Hann is hereby ENJOINED from filing any future civil litigation in this Court without first obtaining authorization of this Court.

IT IS SO ORDERED.


Dated: March 28, 2012                S/ Sean F. Cox
                                     Sean F. Cox
                                     U. S. District Court Judge


I hereby certify that on March 28, 2012, the foregoing document was served upon counsel of record by electronic means and upon Gary S. Hann by First Class Mail at the address below:

Gary S Hann
P.O. Box 7013
Ann Arbor, MI 48107

Dated: March 28, 2012                S/ Jennifer Hernandez
                                     Case Manager